NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EUGENE CREECH AND PATRICIA
CREECH,                                    )
                                           )
      Appellants,                          )
                                           )
v.                                         )     Case No. 2D19-3478
                                           )
NAPLES ESTATES LIMITED                     )
PARTNERSHIP,                               )
                                           )
      Appellee.                            )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Collier
County; Joseph Foster, Judge.

Donald E. Christopher of Baker
Donelson Bearman Caldwell &
Berkowitz, PC, Orlando, for Appellants.

J. Allen Bobo and Jody B. Gabel of Lutz,
Bobo & Telfair, P.A., Sarasota, for Appellee.


PER CURIAM.


      Affirmed.


BLACK and SMITH, JJ., and CASE, JAMES, R., ASSOCIATE SENIOR JUDGE,
Concur.